# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HERBERT CHILDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **8:06CV546** |
| vs. | ) |
| | )   **PROTECTIVE ORDER** |
| **OMAHA PUBLIC POWER DISTRICT,** | ) |
| | ) |
| **Defendant.** | ) |

**IT IS ORDERED** that the terms of the parties' STIPULATED PROTECTIVE ORDER [15] are hereby adopted by the court and shall become effective immediately.

**DATED November 2, 2006.**

                                     **BY THE COURT:**

                                     **s/ F.A. Gossett**
                                     **United States Magistrate Judge**