IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HERBERT CHILDS, | ) | CASE NO. 8:06CV546 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| OMAHA PUBLIC POWER DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown,

IT IS ORDERED that the unopposed Motion to Seal Exhibit (Filing No. 33) is granted.

DATED this 19th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge